**ORDINANCE NO. 1012**

An ordinance amending the Code of Ordinances of the Town of Grand Isle by adding 2.202(A) restricting temporary signs on vehicles other public property including the Grand Isle Beach and providing for fines and penalties associated therewith.

**WHEREAS,** temporary signs on vehicles are causing a nuisance and are displaying vulgar and obscene language in areas that are family oriented making necessary this ordinance limiting the use of temporary signs located on public streets and public places in the Town of Grand Isle.

**WHEREAS,** the ordinance is both necessary and critical to the preservation of a family atmosphere which is enjoyed by the residents of the Town of Grand Isle.

**NOW, THEREFORE, BE IT ORDAINED BY** the Town Council of the Town of Grand Isle, Jefferson Parish, Louisiana that:

2.202(A) Signs on Vehicles

No temporary sign shall be affixed to a vehicle that exceeds the dimensions of 20 inches by 30 inches. Signs on vehicles shall not contain language deemed offensive and vulgar nor obscene in nature and cannot contain language that describes a sex act.

It shall be unlawful for any vehicle to operate on Highway 1, any public roads or public areas and the Grand Isle Beach that bears a temporary sign described above herein.

The fine for violation of this ordinance shall be up to $500.00 per offense plus cost or court or up to thirty days in jail, plus mandatory court appearance.

This ordinance was considered section by section and as a whole and was offered by Council Member Melissa Pizani and seconded by Council Member Brian Barthelemy.

Roll call voter thereon as follows:

YEAS: Melissa Pizani, Kelly Besson Jr., Brian Barthelemy, Elgene Gary
NAYS: 0
ABSENT: Lan Tivet

This ordinance was declared adopted this 10th day of August 2022 and becomes effective on said date.

David J. Camardelle, Mayor
Town of Grand Isle

ATTESTED:

Bonnie Pizani, Town Clerk
Town of Grand Isle

Introduction: 06/22/22
1st Hearing: 07/13/22
2nd Hearing: 08/10/22
To Mayor: 08/11/22
From Mayor: 08/11/22

**ORDINANCE NO. 1012**

Exhibit 1