UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSS BRUNET,<br><br>     *Plaintiff*<br>  v.<br><br>TOWN OF GRAND ISLE; DAVID CAMARDELLE, in his official capacity as Mayor of Grand Isle; SCOOTER RESWEBER, in his official capacity as Chief of Police for the Town of Grand Isle; JAMES ROCKENSCHUH, in his individual capacity and in his official capacity as an officer with the Grand Isle Police Department; HARRY CAHILL, in his individual capacity and in his official capacity as City Attorney for the Town of Grand Isle; and CAMILLE MORVANT, in his official capacity as Grand Isle magistrate judge,<br><br>     *Defendants* | CIVIL ACTION NO.: 2:23-cv-00304<br><br>DIVISION: 2<br><br>SECTION: B<br><br>JUDGE: Ivan L.R. Lemelle<br><br>MAGISTRATE JUDGE: Currault |

## **SETTLEMENT AGREEMENT**

NOW COME THE PARTIES to the above-captioned matter and advise the Court that the Parties, Plaintiff, Ross Brunet, and Defendants, Town of Grand Isle, David Camardelle in his official capacity as Mayor of the Town of Grand Isle, Scooter Resweber in his official capacity as Chief of Police for the Town of Grand Isle, James Rockenschuh in his individual capacity and in his official capacity as Police Officer for the Town of Grand Isle, and Harry Cahill in his individual capacity and in his official capacity as City Attorney for the Town of Grand Isle, agree to the following terms in settlement of the civil action listed above:

A. <u>**Equitable Relief**</u>

1. Plaintiff was wrongfully cited for engaging in constitutionally protected speech of flying flags with political messages.

2. Defendants, Town of Grand Isle, Chief Resweber and Officer Rockenshuh, agree to cease interfering with Plaintiff's right to fly flag(s) with the word "F**k" on them.

3. Defendant, Town of Grand Isle agrees to repeal Grand Isle Ordinance 1012 by October 20, 2023.

B. <u>**Damages and Attorneys' Fees**</u>

Plaintiff agrees to accept an award of damages and attorneys' fees in the amount of $40,000.

C. <u>**Voluntary Dismissal**</u>

As consideration for the joint entry of this Agreement, Plaintiff herewith moves to voluntarily dismiss his Complaint against Defendants with prejudice and will seek no other civil remedy as to citations issued by Defendants against him in calendar years 2021 and 2022.

Respectfully submitted,

FOR PLAINTIFF:

<u>/s/ Katie M. Schwartzmann</u>
Katie M. Schwartzmann, La. No. 30295
Virginia Hamrick, La. No. 40392
Elana Beiser, Student Attorney
Gabriela Chilingarova, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
kschwartzmann@tulane.edu
vhamrick@tulane.edu
ebeiser@tulane.edu
gchilingarova@tulane.edu
O: (504) 862-8813
*Attorneys for Plaintiff*

FOR DEFENDANT:

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. No. 20784
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
*Attorney for Defendants*